IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHANH KOUIYOTH,

    Petitioner,               No. CIV S-04-0662 MCE JFM P

    vs.

TOM L. CAREY, Warden,

    Respondent.          ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By order filed January 6, 2005, this action was stayed pending disposition of the petition for writ of habeas corpus filed by petitioner in the California Supreme Court on October 18, 2004 and petitioner was directed to file a request to lift the stay within thirty days from the date he is notified of disposition of his state habeas corpus petition. On September 28, 2005, petitioner filed a motion for leave to file an amended petition, a proposed amended petition, and a motion for appointment of counsel.

        Good cause appearing, the stay of this action will be lifted and respondent will be directed to file a response to petitioner's motion to amend.

        There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C.

§ 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases.  In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.  Accordingly, petitioner's motion for appointment of counsel will be denied.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The stay of this action is lifted;

2. The Clerk of the Court is directed to reopen this action;

3. Within twenty-one days from the date of this order respondent shall file and serve a response to petitioner's September 28, 2005 motion to amend;

4. Petitioner's reply, if any, shall be filed and served not later than ten days thereafter; and

5. Petitioner's September 28, 2005 motion for appointment of counsel is denied.

DATED:  October 12, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

12
koui0662.lft