IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHANH KOUIYOTH,

       Petitioner,                  No. CIV S-04-0662 MCE JFM P

     vs.

TOM L. CAREY, Warden,

       Respondent.            ORDER

_____/

       Petitioner has requested an extension of time to file a reply to respondent's opposition to petitioner's September 28, 2005 motion to amend petition for writ of habeas corpus. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Petitioner's November 15, 2005 application for an extension of time is granted; and

       2. Petitioner is granted thirty days from the date of this order in which to file a reply to respondent's opposition to petitioner's September 28, 2005 motion to amend petition for writ of habeas corpus. No further extensions of time will be granted.

DATED: November 28, 2005.

                                      UNITED STATES MAGISTRATE JUDGE

/mp;001
koui0662.111