IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAN KOUIYOTH, | No. CIV S-04-0662 MCE JFM P |
| Petitioner, | |
| vs. | <u>ORDER</u> |
| TOM L. CAREY, | |
| Respondent. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

On June 11, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty (20) days.  Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed June 11, 2007, are adopted in full;

2. Respondent's September 29, 2006 motion to dismiss is denied as to Petitioner's first, second, fourth and fifth new claims for relief and granted as to Petitioner's third and sixth new claim for relief;

3. Within forty-five (45) days from the date of this Order, Respondent shall answer all claims in the first amended petition except Petitioner's third and sixth new claims for relief; and

4. Petitioner's traverse is due thirty (30) days from the date Respondent's answer is filed and served.

Dated: July 23, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE