IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHANH KOUIYOTH,

    Petitioner,        No. CIV S-04-0662 MCE JFM P

  vs.

MATTHEW C. KRAMER,

    Respondent.        <u>ORDER</u>

_____/

    Respondent has requested an extension of time to file a responsive pleading pursuant to the court's order of July 24, 2007. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Respondent's September 6, 2007 request for an extension of time is granted; and

    2. Respondent is granted an additional period, to and including October 8, 2007, in which to file an answer to the first amended petition. Petitioner's traverse shall be filed thirty days thereafter.

DATED: September 13, 2007.

                        /s/ John F. Moulds
                       UNITED STATES MAGISTRATE JUDGE

12/kouy0662.ext