IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHANH KOUIYOTH,

    Petitioner,                    No. CIV S-04-0662 MCE JFM P

    vs.

MATTHEW C. KRAMER,

    Respondent.                  <u>ORDER</u>

                                   /

        Respondent has filed his second request for an extension of time to file and serve an answer to the first amended petition for writ of habeas corpus pursuant to the court's order of July 24, 2007. Good cause appearing, the request will be granted. No further extensions of time will be granted.

        IT IS HEREBY ORDERED that:

        1. Respondent's October 10, 2007 request for an extension of time is granted;

        2. Respondent shall file and serve an answer to the first amended petition for writ of habeas corpus on or before November 8, 2007. No further extensions of time will be granted; and

/////

/////

/////

3. Petitioner's traverse shall be filed and served not later than thirty days from the date respondent's answer is filed.

DATED: October 30, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

12/mp
koui0662.111sec