IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHANH KOUIYOTH,

    Petitioner,                    No. CIV S-04-0662 MCE JFM P

    vs.

MATTHEW C. KRAMER,

    Respondent.                 ORDER

                                    /

        Respondent has filed his second request for an extension of time to file and serve an answer to plaintiff's September 28, 2005 amended petition for writ of habeas corpus. Good cause appearing, the request will be granted.

        IT IS HEREBY ORDERED that:

        1. Respondent's November 8, 2007 request for an extension of time is granted; and

        2. Respondent is granted twenty-one days from the date of this order in which to file and serve an answer to plaintiff's September 28, 2005 amended petition for writ of habeas corpus.

DATED: November 19, 2007.

                                    UNITED STATES MAGISTRATE JUDGE

12/mp
koui0662.111sec(2)