IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHANH KOUIYOTH,

    Petitioner,                    No. CIV S-04-0662 MCE JFM P

    vs.

MATTHEW C. KRAMER,

    Respondent.                ORDER

_____/

        Respondent has filed his third request for an extension of time to file and serve an answer to plaintiff's September 28, 2005 amended petition for writ of habeas corpus. Good cause appearing, the request will be granted.

        IT IS HEREBY ORDERED that:

        1. Respondent's December 10, 2007 request for an extension of time is granted.

        2. Respondent's December 14, 2007 answer is deemed timely filed.

        3. Petitioner's traverse, if any, shall be filed and served not later than thirty days from the date of this order.

DATED: December 18, 2007.

                              _____
                              UNITED STATES MAGISTRATE JUDGE

12/koui0662.111sec(3)

1