IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHANH KOUIYOTH,

    Petitioner,               No. CIV S-04-0662 MCE JFM P

    vs.

MATTHEW C. KRAMER,

    Respondent.          ORDER

_____/

        Petitioner has requested an extension of time to file a traverse pursuant to the court's order of December 19, 2007.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's January 17, 2008 request for an extension of time is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file and serve his traverse.

DATED: January 24, 2008.

UNITED STATES MAGISTRATE JUDGE

12;kouy0662.111p