UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANH KOUIYOTH, | No. 2:04-cv-00662-MCE-JFM (HC) |
| Petitioner, | |
| v. | **ORDER** |
| MATTHEW C. KRAMER, | |
| Respondent. | |

----oo0oo----

On September 30, 2009, this Court adopted the Findings and Recommendations in this matter filed September 2, 2009, and accordingly denied Petitioner's Application for Writ of Habeas Corpus.  Having reviewed the matter in its entirety and having determined that Petitioner's claim lacked merit, the Court further denied Petitioner's request for an additional extension of time to respond to the Findings and Recommendations.  Judgment was also entered on September 30, 2009 in accordance with the Findings and Recommendations.

///

Now before the Court is a Motion for Reconsideration filed by Petitioner, ostensibly under Local Rule 78-230(k). Because that Rule applies to civil motions and not to relief from judgment rendered on the merits, the Court construes Petitioner's request as having been made under Federal Rule of Civil Procedure 60(b). Because Petitioner has failed to identify any applicable mistake, inadvertence or excusable neglect, and has further failed to point to any newly discovered evidence pointing to a different result, Plaintiff's Motion (Docket No. 60) is DENIED.

IT IS SO ORDERED.

Dated: October 28, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE