1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10  CHANH KOUIYOTH,

11          Petitioner,                    No. 2:04-cv-00662-MCE-JFM (HC)

12      vs.

13  MATTHEW C. KRAMER,              ORDER

14          Respondent.

15  _____/

16          Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of

17  this court's October 29, 2009 order denying petitioner's motion for reconsideration of the court's

18  September 30, 2009 denial of his application for a writ of habeas corpus.  By order filed February

19  10, 2010, the United States Court of Appeals remanded the matter to this court for the limited

20  purpose of granting or denying a certificate of appealability pursuant to 28 U.S.C. § 2253(c); Fed.

21  R. App. P. 22(b).

22          A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the

23  applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C.

24  § 2253(c)(2).  The court must either issue a certificate of appealability indicating which issues

25  satisfy the required showing or must state the reasons why such a certificate should not issue.

26  Fed. R. App. P. 22(b).

                                        1

1    For the reasons set forth in the magistrate judge's September 2, 2009 findings and

2    recommendations, petitioner has not made a substantial showing of the denial of a constitutional

3    right in his habeas corpus petition.  Accordingly, a certificate of appealability should not issue in

4    this action.

5    On December 29, 2009, petitioner filed a motion for leave to proceed in forma

6    pauperis on appeal.[1]  Examination of the in forma pauperis affidavit reveals that petitioner is

7    unable to afford the filing fee for his appeal.  Accordingly, the request for leave to proceed in

8    forma pauperis will be granted.  See 28 U.S.C. § 1915(a).

9    In accordance with the above, IT IS HEREBY ORDERED that:

10   1.  This court declines to issue a certificate of appealability.

11   2.  Petitioner's December 29, 2009 motion for leave to proceed in forma pauperis

12   is granted.

13   3.  The Clerk of the Court is directed to send a copy of this order to the United

14   States Court of Appeals for the Ninth Circuit.

15   Dated:  February 22, 2010

16

17   MORRISON C. ENGLAND, JR.
     UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26   [1]  Petitioner paid the $5.00 filing fee in this court on April 14, 2004.

2